■ In the Matter of ANTONIO CURCIO, Respondent, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, et al., Appellants. — Judgment unanimously affirmed for reasons stated in opinion at Special Term, Conable, J. (Appeal from judgment of Supreme Court, Wyoming County, Conable, J. — art 78.) Present — Hancock, Jr., J. P., Callahan, Denman, O'Donnell and Moule, JJ.